SUQ 129046 ADMNST   0000020041   1

## Earnings Statement

**ADP**

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Period Beginning: 01/01/2018
Period Ending: 01/15/2018
Pay Date: 01/12/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

MARIKA ROSCIOLI
4911 OXFORD COURT
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1768.33 | 86.67 | 1,768.33 | 1,768.33 |
| **Gross Pay** | | | **$1,768.33** | 1,768.33 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -125.58 | 125.58 |
| | Social Security Tax | -100.74 | 100.74 |
| | Medicare Tax | -23.56 | 23.56 |
| | PA State Income Tax | -49.79 | 49.79 |
| | Bensalem T Income Tax | -16.22 | 16.22 |
| | PA SUI/SDI Tax | -1.06 | 1.06 |
| **Other** | | | |
| | Dental High | -17.50* | 17.50 |
| | Fsa Medical | -62.50* | 62.50 |
| | Legal | -11.50 | 11.50 |
| | Med High Plan | -62.50* | 62.50 |
| | Opt Tax | -2.17 | 2.17 |
| | Vision | -4.00* | 4.00 |
| | 401K $ | -53.05* | 53.05 |
| | Expense Reimb | | -2.14 |
| **Adjustment** | | | |
| | Expense Reimb | +2.14 | |
| **Net Pay** | | **$1,240.30** | |
| | Checking 1 | -1,240.30 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,568.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L | 3.01 | 3.01 |
| Kearn | 1,768.33 | |
| Match Earns | 1,768.33 | |
| R | 53.05 | 53.05 |
| S | 53.05 | 53.05 |
| 401K Match | 53.05 | 53.05 |

**Important Notes**
COMPANY PHONE IS : (215) 867-3026

---

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Advice number: 00000020041
Pay date: 01/12/2018

Deposited to the account of
MARIKA ROSCIOLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0811 | xxxx xxxx | $1,240.30 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| SUQ | 129046 | ADMNST | 0000040041 | 1 |
|---|---|---|---|---|

**Earnings Statement** ADP

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Period Beginning: 01/17/2018
Period Ending: 01/30/2018
Pay Date: 01/30/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

MARIKA ROSCIOLI
4911 OXFORD COURT
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1768.33 | 86.67 | 1,768.33 | 3,536.66 |
| **Gross Pay** | | | **$1,768.33** | 3,536.66 |

| Deductions | | this period | year to date |
|---|---|---|---|
| Statutory | | | |
| Federal Income Tax | | -99.58 | 225.16 |
| Social Security Tax | | -100.74 | 201.48 |
| Medicare Tax | | -23.56 | 47.12 |
| PA State Income Tax | | -49.79 | 99.58 |
| Bensalem T Income Tax | | -16.22 | 32.44 |
| PA SUI/SDI Tax | | -1.06 | 2.12 |
| Other | | | |
| Dental High | | -17.50* | 35.00 |
| Fsa Medical | | -62.50* | 125.00 |
| Legal | | -11.50 | 23.00 |
| Med High Plan | | -62.50* | 125.00 |
| Opt Tax | | -2.17 | 4.34 |
| Vision | | -4.00* | 8.00 |
| 401K $ | | -53.05* | 106.10 |
| Expense Reimb | | | -6.50 |
| **Adjustment** | | | |
| Expense Reimb | | +4.36 | |
| **Net Pay** | | **$1,268.52** | |
| Checking 1 | | -1,268.52 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,568.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L | 3.01 | 6.02 |
| Kearn | 1,768.33 | |
| Match Earns | 1,768.33 | |
| R | 53.05 | 106.10 |
| S | 53.05 | 106.10 |
| 401K Match | 53.05 | 106.10 |

**Important Notes**
COMPANY PHONE IS: (215) 867-3026

---

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Advice number: 00000040041
Pay date: 01/30/2018

Deposited to the account of
MARIKA ROSCIOLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0811 | xxxx xxxx | $1,268.52 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| SUQ | 129046 | ADMNST | 00000070041 | 1 |
|---|---|---|---|---|

**Earnings Statement**

ADP

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Period Beginning: 01/16/2018
Period Ending: 02/15/2018
Pay Date: 02/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

MARIKA ROSCIOLI
4911 OXFORD COURT
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1768.33 | 86.67 | 1,768.33 | 5,304.99 |
| **Gross Pay** | | | **$1,768.33** | 5,304.99 |

* Excluded from federal taxable wages

Your federal taxable wages this period are $1,568.78

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.58 | 324.74 |
| | Social Security Tax | -100.74 | 302.22 |
| | Medicare Tax | -23.56 | 70.68 |
| | PA State Income Tax | -49.79 | 149.37 |
| | Bensalem T Income Tax | -16.22 | 48.66 |
| | PA SUI/SDI Tax | -1.06 | 3.18 |
| | **Other** | | |
| | Dental High | -17.50* | 52.50 |
| | Fsa Medical | -62.50* | 187.50 |
| | Legal | -11.50 | 34.50 |
| | Med High Plan | -62.50* | 187.50 |
| | Opt Tax | -2.17 | 6.51 |
| | Vision | -4.00* | 12.00 |
| | 401K $ | -53.05* | 159.15 |
| | Expense Reimb | | -8.68 |
| | **Adjustment** | | |
| | Expense Reimb | +2.18 | |
| | **Net Pay** | **$1,266.34** | |
| | Checking 1 | -1,266.34 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L | 3.01 | 9.03 |
| Kearn | 1,768.33 | |
| Match Earns | 1,768.33 | |
| R | 53.05 | 159.15 |
| S | 53.05 | 159.15 |
| 401K Match | 53.05 | 159.15 |

**Important Notes**
COMPANY PHONE IS : (215) 867-3026

---

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Advice number: 00000070041
Pay date: 02/15/2018

Deposited to the account of
MARIKA ROSCIOLI

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx0811 | xxxx | xxxx | $1,266.34 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| | | | |
|---|---|---|---|
| SUQ 129046 ADMNST | 0000090041  1 | **Earnings Statement** | ADP |

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Period Beginning: 02/19/2018
Period Ending: 02/28/2018
Pay Date: 02/28/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

MARIKA ROSCIOLI
4911 OXFORD COURT
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1768.33 | 86.67 | 1,768.33 | 7,073.32 |
| **Gross Pay** | | | **$1,768.33** | 7,073.32 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are $1,568.78

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.58 | 424.32 |
| | Social Security Tax | -100.74 | 402.96 |
| | Medicare Tax | -23.56 | 94.24 |
| | PA State Income Tax | -49.79 | 199.16 |
| | Bensalem T Income Tax | -16.22 | 64.88 |
| | PA SUI/SDI Tax | -1.06 | 4.24 |
| | **Other** | | |
| | Dental High | -17.50* | 70.00 |
| | Fsa Medical | -62.50* | 250.00 |
| | Legal | -11.50 | 46.00 |
| | Med High Plan | -62.50* | 250.00 |
| | Opt Tax | -2.17 | 8.68 |
| | Vision | -4.00* | 16.00 |
| | 401K $ | -53.05* | 212.20 |
| | Expense Reimb | | -13.59 |
| | **Adjustment** | | |
| | Expense Reimb | +4.91 | |
| | **Net Pay** | **$1,269.07** | |
| | Checking 1 | -1,269.07 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L | 3.01 | 12.04 |
| Kearn | 1,768.33 | |
| Match Earns | 1,768.33 | |
| R | 53.05 | 212.20 |
| S | 53.05 | 212.20 |
| 401K Match | 53.05 | 212.20 |

**Important Notes**
COMPANY PHONE IS : (215) 867-3026

---

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Advice number: 00000090041
Pay date: 02/28/2018

Deposited to the account of
MARIKA ROSCIOLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0811 | xxxx xxxx | $1,269.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| SUQ | 129046 | ADMNST | 0000110075 | 2 | **Earnings Statement** | ADP |

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Period Beginning: 03/07/2018
Period Ending: 03/15/2018
Pay Date: 03/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  PA: N/A

MARIKA ROSCIOLI
4911 OXFORD COURT
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Bonus | | | 1,000.00 | 1,000.00 |
| Regular | | | | 8,841.65 |
| **Gross Pay** | | | **$1,000.00** | 9,841.65 |

Your federal taxable wages this period are $1,000.00

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -220.00 | 743.90 |
| | Social Security Tax | -62.00 | 565.70 |
| | Medicare Tax | -14.50 | 132.30 |
| | PA State Income Tax | -30.70 | 279.65 |
| | Bensalem T Income Tax | -10.00 | 91.10 |
| | PA SUI/SDI Tax | -0.60 | 5.90 |
| Other | | | |
| | Dental High | | 87.50 |
| | Expense Reimb | | -13.59 |
| | Fsa Medical | | 312.50 |
| | Legal | | 57.50 |
| | Med High Plan | | 312.50 |
| | Opt Tax | | 10.85 |
| | Vision | | 20.00 |
| | 401K $ | | 265.25 |
| **Net Pay** | | | **$662.20** |
| | Checking 1 | | -662.20 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L | | 15.05 |
| R | | 265.25 |
| S | | 265.25 |
| 401K Match | | 265.25 |

**Important Notes**
COMPANY PHONE IS : (215) 867-3026

© 2000 ADP LLC

---

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Advice number: 00000110075
Pay date: 03/15/2018

Deposited to the account of
MARIKA ROSCIOLI

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxx0811 | xxxx  xxxx | $662.20 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

SUQ 129046 ADMNST    0000110074    1

**Earnings Statement**    ADP

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Period Beginning: 03/07/2018
Period Ending: 03/15/2018
Pay Date: 03/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 PA: N/A

MARIKA ROSCIOLI
4911 OXFORD COURT
BENSALEM PA 19020

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 1768.33 | 86.67 | 1,768.33 | 8,841.65 |
| **Gross Pay** | | | **$1,768.33** | 8,841.65 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -99.58 | 523.90 |
| | Social Security Tax | -100.74 | 503.70 |
| | Medicare Tax | -23.56 | 117.80 |
| | PA State Income Tax | -49.79 | 248.95 |
| | Bensalem T Income Tax | -16.22 | 81.10 |
| | PA SUI/SDI Tax | -1.06 | 5.30 |
| | **Other** | | |
| | Dental High | -17.50* | 87.50 |
| | Fsa Medical | -62.50* | 312.50 |
| | Legal | -11.50 | 57.50 |
| | Med High Plan | -62.50* | 312.50 |
| | Opt Tax | -2.17 | 10.85 |
| | Vision | -4.00* | 20.00 |
| | 401K $ | -53.05* | 265.25 |
| | Expense Reimb | | -13.59 |
| | **Net Pay** | **$1,264.16** | |
| | Checking 1 | -1,264.16 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,568.78

| Other Benefits and Information | this period | total to date |
|---|---|---|
| G.T.L | 3.01 | 15.05 |
| Kearn | 1,768.33 | |
| Match Earns | 1,768.33 | |
| R | 53.05 | 265.25 |
| S | 53.05 | 265.25 |
| 401K Match | 53.05 | 265.25 |

**Important Notes**
COMPANY PHONE IS: (215) 867-3026

* Excluded from federal taxable wages

---

HUNTSWORTH HEALTH NORTH AMERICA LLC
800 TOWNSHIP LINE ROAD, SUITE 300
YARDLEY, PA 19067
COMPANY PH#: 215-867-3026

Advice number: 00000110074
Pay date: 03/15/2018

Deposited to the account of
MARIKA ROSCIOLI

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx0811 | xxxx xxxx | $1,264.16 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**