# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 18-13097-AMC

MARIKA ROSCIOLI

4911 OXFORD COURT

BENSALEM, PA 19020

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    MARIKA ROSCIOLI

    4911 OXFORD COURT

    BENSALEM, PA 19020

**Counsel for debtor(s), by electronic notice only.**
    KENNETH G HARRISON
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

                                                 /s/ William C. Miller

Date: 7/12/2018

                                                 _____

                                                 William C. Miller, Esquire
                                                 Chapter 13 Standing Trustee