UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| MARIKA ROSCIOLI | * | BANKRUPTCY NO. 18-13097 |
| Debtor | | |

**CERTIFICATE OF SERVICE**

I, Kenneth G. Harrison, Esquire, do hereby certify that on August 3, 2017, I mailed to all interested parties a copy of the Amended Chapter 13 Plan, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

/s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

Coventry Green Condominium Assoc.
c/o Smallow Management Company
403 Lakeside Drive
P.O. Box 1591
Southampton, PA 18966


Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873


First Premier Bank
P.O. Box 5524
Sioux Falls, SD 57117-5524


One Main
P.O. Box 3327
Evansville, IN 47732-3327


SLS
8742 Lucent Boulevard
Suite 300
Highlands Ranch, CO 80129