UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

September 13, 2019

Attn:  **Dean E. Weisgold, Esq.**

In re:   **Marika Roscioli**
Bk No.  **18-13097-amc**
Adv No.  n/a
Chapter  **13**

RE:   **Motion for Relief from Stay filed by Coventry Green Condominium Association represented by DEAN E. WEISGOLD (Counsel)**.

The above document was filed with this office on **September 12, 2019.** Please be advised that the Filing Fee has not been received as required pursuant to the Federal Rules of Bankruptcy Procedure and/or the Local Rules of this court.

( )   Voluntary Petition Filing Fee
( )   Adversary Proceeding
( )   $31.00 Filing Fee for Amendments
( )   $25.00 Claims Transfer Fee
**(X)**   **Motion for Relief from Stay  -  Filing Fee  $ 181.00**

Please submit the payment(s) within seven (7) days from the date of this notice as required by the courts standing order Misc. No. Order 15-3008REF. If the delinquency is not paid, this matter will be referred to the Chief Judge.

Timothy B. McGrath
Clerk

*By:* John B.
Deputy Clerk

*Fee Notice*
*(11/26/18)*