## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | MARIKA ROSCIOLI | : | CHAPTER 13 |
| | | : | |
| | Debtor. | : | |
| | | : | |
| COVENTRY GREEN CONDOMINIUM | | : | |
| ASSOCIATION, | | : | CASE NO. 18-13097-amc |
| | Movant. | : | |
| | | : | **Hearing: October 8, 2019; 11:00 a.m.** |
| MARIKA ROSCIOLI | | : | **Courtroom 4** |
| | Respondent. | : | |

### ORDER FOR RELIEF
### FROM AUTOMATIC STAY

**AND NOW**, THIS ____ day of November, 2019, upon consideration of the motion of creditor Coventry Green Condominium Association ("Movant") for Relief from Automatic Stay [Doc. No. 23-24], and the response of Debtor Marika Roscioli [Doc. No. 26], and the Reply of Movant [Doc. No. 27], and after oral argument on October 8, 2019 and November 12, 2019, and for good cause, it is

**ORDERED** that the Motion is DENIED.  Debtor is directed to pay Movant the sum of $1,624.00 (representing legal fees of $585.00, costs of $181.00, late fees of $125.00, November 2019 assessment of $234.00, and $500.00 in fines relating to Debtor's dogs) within _____ days.

**BY THE COURT:**

_____
                                                                                      J.