**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:    MARIKA ROSCIOLI : | CHAPTER 13 |
| Debtor. : | |
| : | |
| COVENTRY GREEN CONDOMINIUM : | |
| ASSOCIATION, : | CASE NO. 18-13097-amc |
| Movant. : | |
| : | **Hearing: October 8, 2019; 11:00 a.m.** |
| MARIKA ROSCIOLI : | **Courtroom 4** |
| Respondent. : | |

**ORDER FOR RELIEF
FROM AUTOMATIC STAY**

**AND NOW**, THIS 20th day of November, 2019, upon consideration of the motion of creditor Coventry Green Condominium Association ("Movant") for Relief from Automatic Stay [Doc. No. 23-24], and the response of Debtor Marika Roscioli [Doc. No. 26], and the Reply of Movant [Doc. No. 27], and after oral argument on October 8, 2019 and November 12, 2019, and for good cause, it is

**ORDERED** that the Motion is DENIED.  Debtor is directed to pay Movant the sum of $1,624.00 (representing legal fees of $585.00, costs of $181.00, late fees of $125.00, November 2019 assessment of $234.00, and $500.00 in fines relating to Debtor's dogs) within __7__ days.

BY THE COURT:

_____
J.