United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marika Roscioli  
    Debtor

Case No. 18-13097-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Nov 20, 2019  
                     Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2019.
```
db            +Marika Roscioli,    4911 Oxford Court,    Bensalem, PA 19020-1758
cr            +Coventry Green Condominium Association,    c/o Dean E. Weisgold, P.C.,    1835 Market Street,
                Suite 1215,    Philadelphia, PA 19103-2912
cr            +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway Suite 425,    Dallas, TX 75254-8067
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2019 at the address(es) listed below:
```
              DEAN E. WEISGOLD    on behalf of Creditor    Coventry Green Condominium Association
               dean@weisgoldlaw.com,   2rainman@comcast.net
              KENNETH G. HARRISON    on behalf of Debtor Marika  Roscioli kghesq@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARIKA ROSCIOLI : | CHAPTER 13 | |
| Debtor. : | | |
| COVENTRY GREEN CONDOMINIUM : | | |
| ASSOCIATION, : | CASE NO. 18-13097-amc | |
| Movant. : | | |
| : | **Hearing: October 8, 2019; 11:00 a.m.** | |
| MARIKA ROSCIOLI : | **Courtroom 4** | |
| Respondent. : | | |

### ORDER FOR RELIEF
### FROM AUTOMATIC STAY

**AND NOW**, THIS <u>20th</u> day of November, 2019, upon consideration of the motion of creditor Coventry Green Condominium Association ("Movant") for Relief from Automatic Stay [Doc. No. 23-24], and the response of Debtor Marika Roscioli [Doc. No. 26], and the Reply of Movant [Doc. No. 27], and after oral argument on October 8, 2019 and November 12, 2019, and for good cause, it is

**ORDERED** that the Motion is DENIED. Debtor is directed to pay Movant the sum of $1,624.00 (representing legal fees of $585.00, costs of $181.00, late fees of $125.00, November 2019 assessment of $234.00, and $500.00 in fines relating to Debtor's dogs) within __7__ days.

BY THE COURT: _____
J.