**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | MARIKA ROSCIOLI | : | CHAPTER 13 |
| | | : | |
| | Debtor. | : | |
| | | : | |
| COVENTRY GREEN CONDOMINIUM ASSOCIATION, | | : | CASE NO. 18-13097-amc |
| | Movant. | : | |
| | | : | **Hearing: March 10, 2020; 11:00 a.m.** |
| MARIKA ROSCIOLI | | : | **Courtroom 4** |
| | Respondent. | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

COVENTRY GREEN CONDOMINIUM ASSOCIATION ("Coventry") has filed a Motion for Relief from the automatic stay.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in connection with this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

1. If you do not want the court to grant relief sought in the motion or if you want the court to consider your views on the motion, then on or before February 28, 2020, you or your attorney must do all of the following:

(a) file an answer explaining your position at

Clerk's Office, U.S. Bankruptcy Court
The Robert Nix Building
900 Market Street
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above;

(b) mail a copy to the movant's attorney:

        Dean E. Weisgold, Esquire
        1835 Market Street, Suite 1215
        Philadelphia, PA 19103

2.    If you or your attorney do not take the steps described in paragraphs 1 (a) and 1 (b) above and attend the hearing, the Court may enter an order granting the relief requested in the motion.

3.    A hearing on the motion is scheduled to be held before the Honorable Ashley M. Chan on _____, 2020 at 11:00 am in Courtroom 4, United States Bankruptcy Court, The Robert Nix Building, 900 Market Street, Philadelphia, PA 19107.

4.    If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1 (b).

5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

**DEAN E. WEISGOLD, P.C.**

By: _/s/ Dean Weisgold_____
Dean E. Weisgold, Esquire
1835 Market Street, Suite 1215
Philadelphia, PA 19103
215-979-7602
Attorney for Creditor