## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      MARIKA ROSCIOLI     :    CHAPTER 13

            Debtor.    :

COVENTRY GREEN CONDOMINIUM  :
ASSOCIATION,
                    :    CASE NO. 18-13097-amc
            Movant.  :

MARIKA ROSCIOLI       :

         Respondent.  :

## STIPULATION

It is hereby STIPULATED between Debtor, Marika Roscioli, and Creditor, Coventry Green Condominium Association, that the Motion for Relief from the Stay filed by Coventry Green Condominium Association on February 14, 2020 (Docket No. 37 and 38) is hereby resolved as follows:

1.    Debtor shall pay the sum of $1,040.00 by August 13, 2020.

2.    Debtor shall pay the sum of $40.00 by August 31, 2020.

3.    Debtor shall pay the sum of $45.00 by September 30, 2020.

**DEAN E. WEISGOLD, P.C.**

By
Dean E. Weisgold, Esquire
Attorney for Creditor
Coventry Green Condominium Assoc.

Kenneth Harrison, Esquire
Attorney for Debtor Marika Roscioli

BY THE COURT:

_____
                                  J.