IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARIKA ROSCIOLI | : | CHAPTER 13 |
| Debtor. | : | |
| COVENTRY GREEN CONDOMINIUM ASSOCIATION, | : | CASE NO. 18-13097-amc |
| Movant. | : | |
| MARIKA ROSCIOLI | : | |
| Respondent. | : | |

### STIPULATION

It is hereby STIPULATED between Debtor, Marika Roscioli, and Creditor, Coventry Green Condominium Association, that the Motion for Relief from the Stay filed by Coventry Green Condominium Association on February 14, 2020 (Docket No. 37 and 38) is hereby resolved as follows:

1. Debtor shall pay the sum of $1,040.00 by August 13, 2020.

2. Debtor shall pay the sum of $40.00 by August 31, 2020.

3. Debtor shall pay the sum of $45.00 by September 30, 2020.

DEAN E. WEISGOLD, P.C.

By: _____
Dean E. Weisgold, Esquire
Attorney for Creditor
Coventry Green Condominium Assoc.

_____
Kenneth Harrison, Esquire
Attorney for Debtor Marika Roscioli

BY THE COURT:

_____
J.

**Date: August 26, 2020**