United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Marika Roscioli  
    Debtor

Case No. 18-13097-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 1     Date Rcvd: Aug 26, 2020  
                   Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2020.
```
db          +Marika Roscioli,    4911 Oxford Court,    Bensalem, PA 19020-1758
cr          +Coventry Green Condominium Association,    c/o Dean E. Weisgold, P.C.,    1835 Market Street,
              Suite 1215,    Philadelphia, PA 19103-2912
cr          +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Parkway Suite 425,    Dallas, TX 75254-8067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Aug 27 2020 04:32:08     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 27 2020 04:31:43
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 27 2020 04:31:52     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +DEUTSCHE BANK NATIONAL TRUST COMPANY,    14841 Dallas Pkwy Suite 425,    Dallas, TX 75254-8067
                                                                                             TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2020                            Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2020 at the address(es) listed below:
```
              DEAN E. WEISGOLD    on behalf of Creditor    Coventry Green Condominium Association
               dean@weisgoldlaw.com,    2rainman@comcast.net
              KENNETH G. HARRISON    on behalf of Debtor Marika  Roscioli kghesq@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: MARIKA ROSCIOLI | : | CHAPTER 13 |
| Debtor. | : | |
| COVENTRY GREEN CONDOMINIUM ASSOCIATION, | : | CASE NO. 18-13097-amc |
| Movant. | : | |
| MARIKA ROSCIOLI | : | |
| Respondent. | : | |

## STIPULATION

It is hereby STIPULATED between Debtor, Marika Roscioli, and Creditor, Coventry Green Condominium Association, that the Motion for Relief from the Stay filed by Coventry Green Condominium Association on February 14, 2020 (Docket No. 37 and 38) is hereby resolved as follows:

1. Debtor shall pay the sum of $1,040.00 by August 13, 2020.

2. Debtor shall pay the sum of $40.00 by August 31, 2020.

3. Debtor shall pay the sum of $45.00 by September 30, 2020.

DEAN E. WEISGOLD, P.C.

By: /s/ Dean E. Weisgold
Dean E. Weisgold, Esquire
Attorney for Creditor
Coventry Green Condominium Assoc.

/s/ Kenneth Harrison
Kenneth Harrison, Esquire
Attorney for Debtor Marika Roscioli

BY THE COURT:

_____
J.

Date: August 26, 2020