# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | : |
| | : **Case No.: 18-13097** |
| **Marika Roscioli** | : **Chapter 13** |
| | : **Judge Ashely M. Chan** |
| **Debtor(s)** | : * * * * * * * * * * * * * * * * * * * |
| | : |
| **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** | : |
| | : **Related Document # 54** |
| **Movant,** | : |
| **vs** | : |
| | : |
| **Marika Roscioli** | : |
| | : |
| **Kenneth E. West, Trustee** | : |
| **Respondents.** | |

## PRAECIPE OF WITHDRAWAL OF MOTION FOR RELIEF
## (DOCKET NO. 54)

Now comes Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and through counsel, and hereby withdraws its Motion for Relief which was filed in this Court on January 6, 2022. The Certification of No Objection needs to be withdrawn because Debtor has submitted funds to cure the arrearage and is now current in payments.

Respectfully submitted,

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

21-028551_SCS2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 18-13097** |
| **Marika Roscioli** : | **Chapter 13** |
| : | **Judge Ashely M. Chan** |
| **Debtor(s)** : | * * * * * * * * * * * * * * * * * * * |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | |
| **Fargo Auto** : | **Related Document # 54** |
| **Movant,** : | |
| **vs** : | |
| : | |
| **Marika Roscioli** : | |
| : | |
| **Kenneth E. West, Trustee** : | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Motion for Relief (Docket No. 54) was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Kenneth E. West, Chapter 13 Trustee, Office of the Chapter 13 Standing Trustee, 1234 Market Street - Suite 1813, Philadelphia, PA 19107, ecfemails@ph13trustee.com

Kenneth G. Harrison, Attorney for Marika Roscioli, Law Office of Kenneth G. Harrison, Five Neshaminy Interplex, Suite 115, Trevose, PA 19053, kghesq@juno.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 12, 2022:

Marika Roscioli, 4911 Oxford Court, Bensalem, PA 19020

DATE: 1/12/2022

/s/Alyk L. Oflazian

Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028

21-028551_SCS2

Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

21-028551_SCS2