Certificate Number: 13858-PAE-DE-037409907

Bankruptcy Case Number: 18-13097



13858-PAE-DE-037409907

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 7, 2023</u>, at <u>11:57</u> o'clock <u>PM EDT</u>, <u>Marika Roscioli</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>May 8, 2023</u>

By: <u>/s/Wendel Ruegsegger</u>

Name: <u>Wendel Ruegsegger</u>

Title: <u>Counselor</u>