United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-13097-amc |
| Marika Roscioli | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2023 | Form ID: 138OBJ | Total Noticed: 16 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marika Roscioli, 4911 Oxford Court, Bensalem, PA 19020-1758 |
| 14104025 | + | Coventry Green Condominium Assoc., c/o Smallow Management Company, 403 Lakeside Drive, P.O. Box 1591, Southampton, PA 18966-0881 |
| 14109723 | + | Coventry Green Condominium Association, c/o Dean E. Weisgold, Esquire, 1835 Market Street, Suite 1215, Philadelphia, PA 19103-2912 |
| 14111008 | + | Kevin G. McDonald, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14658784 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Alyk L. Oflazian, Esq, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 09 2023 00:24:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 09 2023 00:24:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14104026 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 09 2023 00:38:24 | Credit One Bank, P.O. Box 98873, Las Vegas, NV 89193-8873 |
| 14108704 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 09 2023 00:24:00 | Deutsche Bank National Trust Co. Trustee (See 410), c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14104027 | | Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 09 2023 00:37:13 | First Premier Bank, P.O. Box 5524, Sioux Falls, SD 57117-5524 |
| 14163780 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 09 2023 00:36:59 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14131055 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 09 2023 00:24:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14121756 | | Email/PDF: cbp@onemainfinancial.com | Jun 09 2023 00:37:51 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14104028 | | Email/PDF: cbp@onemainfinancial.com | Jun 09 2023 00:37:03 | One Main, P.O. Box 3327, Evansville, IN 47732-3327 |
| 14163697 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 09 2023 00:24:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14163615 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jun 09 2023 00:37:17 | Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer, Services, PO Box 19657, Irvine CA 92623-9657 |

TOTAL: 11

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 08, 2023 | Form ID: 138OBJ | Total Noticed: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 10, 2023            Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| ALYK L OFLAZIAN | on behalf of Creditor Wells Fargo Bank N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| DEAN E. WEISGOLD | on behalf of Creditor Coventry Green Condominium Association dean@weisgoldlaw.com 2rainman@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH G. HARRISON | on behalf of Debtor Marika Roscioli kghesq@juno.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company as Trustee, et al... bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Marika Roscioli
    Debtor(s)

Case No: 18−13097−amc
Chapter: 13

___

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/8/23

62 − 61
Form 138OBJ